1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant DIANA MAYORAL

6

7
                    UNITED STATES DISTRICT COURT
8
                 IN THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,    )   CASE NO.   CR 11-00641 DLJ
                                )
12       Plaintiff,             )   STIPULATION OF THE PARTIES
                                )   TO JOINTLY REQUEST A
13 vs.                          )   CONTINUANCE OF THE FIRST
                                )   DISTRICT COURT APPEARANCE
14 DIANA MAYORAL,               )   FROM 4/19/12 TO 4/26/12 &
                                )   [] ORDER RE SAME.
15       Defendant.             )
   _____)
16

17
        The parties, Plaintiff United States of America and Defendant Diana Mayoral, through
18
   their respective counsel, hereby stipulate to request, jointly, that the Court continue Ms.
19
   Mayoral's first appearance before the District Court from April 19, 2012, to April 26, 2012,
20
   at 9:00 a.m.  This request is made because defense counsel Jerry Fong will be unavailable
21
   due to a conflict in his schedule.  Ms. Mayoral is not in custody and this will be her first
22
   appearance.  The continuance will not affect the Speedy Trial calculation.
23

24

25

26
   DATED: April 17, 2012                  /S/
27                                   JERRY Y. FONG, Attorney for
                                     Defendant DIANA MAYORAL
28

DATED: April 17, 2012

/S/
DANIEL R. KALEBA, Attorney for
Plaintiff UNITED STATES OF AMERICA

[] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the hearing scheduled on April 19, 2012, at 9:00 a.m. (for the Defendant's first District Court appearance) shall be continued to April 26, 2012, at 9:00 a.m.  It is so ordered.

DATED: l❏ï❏G

JUDGE OF THE UNITED STATES
DISTRICT COURT

2
STIPULATION TO CONTINUE FIRST DIST CT APPEARANCE