| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ***E-FILED - 8/10/12*** |
| Plaintiff, | CASE NO.: CR-11-00641-DLJ |
| v. | **CLERK'S NOTICE OF CONTINUANCE** |
| DIANA MAYORAL, | |
| Defendant. | |

PLEASE TAKE NOTICE that the Sentencing Hearing in the above-entitled matter which was previously set for August 23, 2012, has been continued to **August 30, 2012 @ 10:00 a.m.**, before the Honorable D. Lowell Jensen. Parties are to appear in courtroom #7, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: August 10, 2012

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable D. Lowell Jensen

Copy of Order E-Filed to Counsel of Record: