1   JERRY Y. FONG, ESQ. (SBN 99673)
    THE LAW OFFICES OF JERRY FONG
2   706 COWPER STREET, SUITE 203
    PALO ALTO, CA  94301
3   650/322-6123
    650/322-6779 fax
4   jf@jerryfong.com

5   Attorneys for Defendant DIANA MAYORAL

6

7

8                   UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,      )      CASE NO.   CR 11-00641 DLJ (HRL)
12                                 )
            Plaintiff,             )      STIPULATION FOR MODIFICATION
13                                 )      OF PRETRIAL RELEASE CONDITIONS
    vs.                            )      TO PERMIT DIANA MAYORAL TO
14                                 )      TRAVEL TO MODESTO FOR ONE
    MELISSA REBECCA DURATE,        )      DAY TO ATTEND PROFESSIONAL
15  DIANA MAYORAL, and             )      TRAINING COURSE & [PROPOSED]
    JIMMY ADRIAN SANDOVAL,         )      ORDER RE SAME.
16                                 )
            Defendants.            )
17  _____ )

18

19          The parties, Plaintiff United States of America and Defendant Diana Mayoral, hereby

20  stipulate to jointly request that Ms. Mayoral's pretrial release conditions be modified so that

21  she can travel to and from Modesto, California, on Friday, October 12, 2012, to attend a one-

22  day professional training course (in the field of "dietary supervision for health or adult care

23  facilities).   This course is part of Ms. Mayoral's training to be promoted to a food service

24  manager or supervisor in the adult care facility in which she is currently working.   Ms.

25  Mayoral's pretrial release conditions prohibit her from traveling outside the Northern District

26  of California, thereby preventing her from attending this course, without the Court's

27  approval.   Her pretrial officer has given his approval for her travel.   Accordingly, she

28  respectfully requests that the Court grant the proposed modification, so that she can continue

1    to obtain training for management and supervisor responsibility.

2

3

4    DATED:  October 10, 2012                    Respectfully submitted,

5

6                                                   /S/
                                        JERRY Y. FONG, Attorney for Defendant
7                                       DIANA MAYORAL

8

9    DATED:  October 10, 2012                    Respectfully submitted,

10

11                                                  /S/
                                        DANIEL KALEBA, Attorney for Plaintiff
12                                      UNITED STATES OF AMERICA

13

14                              [PROPOSED] ORDER

15          Pursuant to the parties' stipulation and good cause appearing herein, it is hereby

16   ordered that Diana Mayoral's pretrial release conditions shall be modified to permit her to

17   travel to and from Modesto, California, on Friday,    October 12, 2012, to attend the

18   professional training course in the field of dietary supervision.  It is so ordered.

19

20

21   DATED: October 10, 2012

22                                      MAGISTRATE-JUDGE OF THE
                                        UNITED STATES DISTRICT COURT
23

24

25

26

27

28